# First District Court of Appeal
## State of Florida

_____

No. 1D2023-1624

_____

D. A. B., a child,

    Appellant,

    v.

State of Florida,

    Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Thomas H. Williams, Judge.

February 8, 2024

Per Curiam.

    Affirmed.

Lewis, Bilbrey, and Long, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Jasmine Dixon, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.